[No. 22012-5-III. Division Three. May 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. MCLEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 02-1-00191-1, Michael E. Cooper, J., entered April 11, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24532-2-III. Division Three. May 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY ALLEN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00898-0, Salvatore F. Cozza, J., entered September 2, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24664-7-III. Division Three. May 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY ALLEN MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00806-8, Gregory D. Sypolt, J., entered September 23, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24722-8-III. Division Three. May 31, 2007.]

RHONDA S. BOWERS, *Individually and as Personal Representative, Appellant*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-00435-1, Paul A. Bastine, J., entered November 1, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.